HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

TIBBETTS CREEK TOWNHOMES CONDOMINIUM OWNERS ASSOCIATION, a Washington Non-Profit Corporation,

Plaintiff,

vs.

COUNTRY MUTUAL INSURANCE COMPANY, an Illinois Corporation; COUNTRY CASUALTY INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,

Defendants.

NO. 2:25-cv-02041-JNW

STIPULATED MOTION AND ORDER TO STAY ACTION

**NOTE ON MOTION CALENDAR: JANUARY 29, 2026**

Plaintiff TIBBETTS CREEK TOWNHOMES CONDOMINIUM OWNERS ASSOCIATION brings this action against Defendants COUNTRY MUTUAL INSURANCE COMPANY and COUNTRY CASUALTY INSURANCE COMPANY for declaratory judgment, bad faith, violation of the Consumer Protection Act, and damages relating to claims under property insurance policies for alleged damage to exterior components of condominium buildings.  Plaintiff filed this suit in order to comply with the terms of the COUNTRY MUTUAL INSURANCE COMPANY and COUNTRY CASUALTY INSURANCE COMPANY policies at issue in this case.  The parties request a stay to pursue potential resolution of this claim through mediation.

STIPULATED MOTION AND ORDER TO STAY ACTION  – 1
061590.000008 Stipulated Motion  Order to Stay Action - SSS Edits
NO.: 2:25-cv-02041-JNW

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

The parties therefore stipulate that this action should be stayed through April 30, 2026. Defendants may amend their answers to the complaint up to 21 days after the stay ends. The pending deadlines in the court's Minute Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. #6) should be extended.  The parties stipulate that the FRCP 26(f) Conference shall be held no later than 14 days after the stay ends, that Initial Disclosures Pursuant to FRCP 26(a)(1) shall be served no later than 21 days after the stay ends, and the Combined Joint Status Report and Discovery Plan shall be filed no later than 28 days after the stay ends.

DATED this 29th day of January, 2026.

REED McCLURE                              **STEIN, SUDWEEKS & STEIN, PLLC**


By: /s/ Earle Q. Bravo                    /s/ *Jerry  H.  Stein*
Earle Q. Bravo, #30515                    Jerry H. Stein, WSBA #27721
1215 Fourth Avenue, Suite 1700            /s/ *Justin  D.  Sudweeks*
Seattle, WA  98161-1087                   Justin D. Sudweeks, WSBA #28755
(206) 292-4900                            /s/ *Daniel  J.  Stein*
Fax: (206) 223-0152                       Daniel J. Stein, WSBA #48739
ebravo@rmlaw.com                          */s/ Jessica R. Burns*
Attorney for Defendants COUNTRY Mutual    Jessica R. Burns, WSBA #49852
Insurance Company and COUNTRY             16400 Southcenter Pkwy, Suite 410
Casualty Insurance Company                Tukwila, WA 98188
                                          jstein@condodefects.com
                                          justin@condodefects.com
                                          dstein@condodefects.com
                                          jessica@condodefects.com
                                          Telephone: (206) 388-0660
                                          Attorneys for Plaintiff


//

//

STIPULATED MOTION AND ORDER TO STAY ACTION  – 2
061590.000008 Stipulated Motion  Order to Stay Action - SSS Edits
NO.: 2:25-cv-02041-JNW

REED McCLURE
A T T O R N E Y S   A T   L A W
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

//

//

IT IS SO ORDERED.


DONE this 17th day of February, 2026.

_____
HONORABLE JAMAL N. WHITEHEAD

STIPULATED MOTION AND ORDER TO STAY ACTION – 3
061590.000008 Stipulated Motion Order to Stay Action - SSS Edits
NO.: 2:25-cv-02041-JNW

REED MᶜCLURE
A T T O R N E Y S   A T   L A W
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152